Submitted June 20, 1966. *Christopher T. Power,* and *Powell & Malone,* for appellant; *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

PER CURIAM: The judgment of sentence is affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it which had not been performed at the time the appeal was made a supersedeas.

## Commonwealth *v.* Watson, Appellant.

Argued June 14, 1966. *Vincent J. Ziccardi,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *Martin A. Heckscher,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

MONTGOMERY, J., would remand for resentencing before Honorable OTTO ROBINSON, the trial judge.

JACOBS and HOFFMAN, JJ., absent.

## Commonwealth *v.* Young, Appellant.

Submitted June 13, 1966. *Augustus Young,* appellant, in propria persona; *Stanley M. Shingles* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Young, Appellant.

Argued June 14, 1966. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Younger, Appellant.

Argued June 14, 1966. *Charles F. Love,* with him *Freedman, Borowsky and Lorry,* for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *John A. McMenamin,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and HOFFMAN, JJ., absent.